Alicia Vaughn
1913 W Carey St
Philadelphia, PA 19140

DOB: August 01, 1981
Last 4 of SSN: 8892

US BKPT CT PHILA
900 Market Street Suite 400
Philadelphia, PA 19107



Re: Reporting To The Credit Bureaus

To Whom It May Concern:

I received a copy of my credit report about the bankruptcy below.

1. Bankruptcy - Chapter 7
   Account Number: 2210828AMC

I was told from all 3 credit reporting agencies that you guys report Bankruptcy to the 3 credit reporting agencies Experian.Transunion, and Equifax. If so that is a private matter Especially if you didnt report it. Any account thats reporting on a consumer creditm report must list the agency who is reporting it and you guys name is listed as reporting it to the credit reporting agencies. Can you guys please reach out to me and let me know if this is true please. As i know thats forgery of your name onto my credit report if you didnt report it directly as the furnisher.

Thank you for your time and help in this matter.

Sincerely,

*Alicia Vaughn*

Alicia Vaughn